UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Federal Insurance Company,

                                                    Case No.:

    Plaintiff,

vs.

Anda, Inc.

    Defendant.
_____/

## COMPLAINT FOR DECLARATORY JUDGMENT

Federal Insurance Company ("Federal") hereby files its Complaint against Anda, Inc.  As grounds therefore, Federal alleges as follows:

### Jurisdiction and Venue

1. This is an action for declaratory and equitable relief pursuant to 28 U.S.C. § 2201.

2. Jurisdiction is proper pursuant to 28 U.S.C. §§ 1332 and 1367 because there is complete diversity of citizenship and the amount in controversy exceeds $75,000.00, exclusive of all fees and costs.  The total value of this claim set forth in the underlying lawsuit by the State of West Virginia is alleged to be in excess of one million dollars or more.

3. Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because Anda is a resident of this District.

### Individual Parties

4. At all times material to this action Federal was an insurer incorporated in Indiana with its principal place of business in Warren, New Jersey.

5. At all times material to this action, Anda, Inc. is a Florida corporation licensed to

do business and doing business in Broward County, Florida, with its principal place of business in Weston, Florida.

## General Allegations

6.      Federal issued a series of policies to Andrx Corporation bearing policy 3577-78-24.  Those policies were in effect from January 1, 2002 through November 6, 2006.

7.      True and correct copies of the policies issued by Federal to Andrx Corporation are attached as **Exhibits "A," "B," "C," "D," and "E."**  These will collectively be referred to in this Complaint as "the Policies."

8.      On June 26, 2012, the State of West Virginia, by and through its Attorney General Darrell V. McGraw, Jr., filed a lawsuit against Anda, Inc. and other defendants.  A copy of the complaint filed by West Virginia is attached as **Exhibit "F"** and will be referred to as the "Underlying Lawsuit" and "Underlying Complaint."

9.      Anda, Inc. has sought coverage for the claims asserted in the Underlying Lawsuit from Federal under the Policies.

## The Underlying Lawsuit

10.     The Underlying Complaint alleges that Anda, Inc. is a drug manufacturer that is part of the "pill mill process" in West Virginia.

11.     West Virginia alleges various causes of action against Anda, Inc. related to Anda, Inc.'s distribution of prescription drugs into West Virginia.

12.     The Underlying Complaint asserts that Anda, Inc. and the other defendants to the Underlying Lawsuit "have inserted themselves as an integral part of the pill mill process" and "knowingly or while acting grossly negligent prescribe, dispense, or distribute prescription medicine for illegitimate medical purposes."

PD.8313966.2

13. West Virginia seeks to recover from Anda, Inc. the economic costs incurred by the State resulting from prescription drug abuse and also asserts causes of action for equitable relief, including injunctive relief.

**Insurance Coverage Controversy**

14. Anda, Inc. has demanded from Federal a defense and indemnity under the Policies for the claims asserted in the Underlying.

15. Federal has agreed to provide a defense to Anda, Inc. subject to a reservation of rights.

16. Based on the allegations contained in the Underlying Complaint, the Policies do not provide either a defense or indemnity to Anda, Inc.

17. The Policies only provide insurance coverage for bodily injury or property damage caused by an "occurrence," as that term is defined in the Policies.

18. To the extent that the claims by West Virginia do not seek damages for a bodily injury or property damage caused by an "occurrence," no insurance coverage is afforded under the Policies.

19. Furthermore, the Policies exclude insurance coverage for injury and damage arising out of Anda, Inc.'s product.

20. According to the Underlying Complaint, all of West Virginia's alleged damages arise out of Anda, Inc.'s product, i.e. prescription drugs.

21. The Policies also exclude insurance coverage for intentional acts, for healthcare or other professional services, and for losses in progress.

22. To the extent that these provisions apply, insurance coverage would be excluded under the Policies.

23. The Policies also contain other terms, conditions, and exclusions that may limit or preclude insurance coverage for the claims asserted against Anda, Inc. in the Underlying Lawsuit.

## Count I: For Declaratory Judgment

24. Federal adopts and incorporates by reference the allegations of Paragraphs 1 through 23 above as though fully set forth herein.

25. There exists a bona fide actual present and practical need for the declaration of coverage available under the Policies and the rights and obligations of Federal pursuant thereto.

26. There exists a present ascertained or ascertainable state of facts or present controversy as to a state of facts concerning the rights and obligations of Federal under the Policies.

27. Plaintiff Federal and Defendant Anda, Inc. have an actual, present, adverse and antagonistic interest in the subject matter described herein. Anda, Inc. contends that it is owed a defense and indemnity by Federal; Federal contends that it does not owe either a defense or indemnity under the Policies.

28. All conditions precedent to the initiation and maintenance of this action have been complied with, have occurred or have been waived.

WHEREFORE, Federal demands entry of Judgment in its favor, declaring and adjudicating that Federal has no duty to defend or indemnify Anda, Inc. from any claims asserted in the Underlying Lawsuit and awarding Federal its costs and such further relief as the Court may deem just and proper.

Respectfully submitted,


/s/  Jason A. Herman_____
Lawrence P. Ingram, Fla. Bar No. 855510
ingraml@phelps.com
Jason A. Herman, Fla. Bar No. 0016086
hermanj@phelps.com
**Phelps Dunbar LLP**
100 South Ashley Drive – Suite 1900
Tampa, Florida 33602-5311
(813) 472-7550
(813) 472-7570 (FAX)
Attorneys for Plaintiff
Federal Insurance Company